UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>THOMAS FRANCIOSE,<br>Defendant. | Case No. 11-cr-00426-PJH-1<br><br>**ORDER GRANTING MOTION FOR EARLY TERMINATION**<br><br>Re: Dkt. No. 59 |

Before the court is the unopposed motion of defendant Thomas Franciose for early termination of probation. Dkt. no. 59. The government has filed a statement of non-opposition, dkt. no. 61, and the Probation Office has submitted a response stating that it has no objections to early termination of defendant's probation. Early termination of probation is governed by 18 U.S.C. § 3564, which provides that after considering the factors set forth in § 3553(a), to the extent they are applicable, the court may "terminate a term of probation previously ordered and discharge the defendant at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." The § 3553(a) factors include "the nature and circumstances of the offense, the need for deterrence, the need to protect the public, the need to provide defendant with training or medical care, and the relevant provisions of the Sentencing Guidelines." *United States v. Gross*, 307 F.3d 1043, 1044 (9th Cir. 2002).

Defendant has completed approximately one year and seven months of his three-year term of probation. At age 72, defendant is retired and suffers from heart, eye and

back issues, and he has attempted to obtain residency in Australia to be closer to his daughter and grandchildren who live there. Having considered defendant's request and the relevant § 3553(a) factors, in light of the recommendations of the Probation Office and the non-opposition by the government, the court finds that early termination of probation is warranted by defendant's conduct and the interest of justice. In particular, defendant's advanced age and health problems make it difficult to be separated from his family abroad and it is not feasible for him to apply for a visa to live in Australia to be closer to his family while he remains on probation.

Accordingly, defendant's motion for early termination of probation is GRANTED. Defendant Thomas Franciose's probation, ordered in the above-captioned case, is hereby ORDERED TERMINATED.

**IT IS SO ORDERED.**

Dated: June 21, 2019

_____
PHYLLIS J. HAMILTON
United States District Judge